JS-6

**GRUZEN MOUSSLY LLP**
16250 Ventura Blvd. Suite 430
Encino, CA 91436

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| YESENIA SOLIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART ASSOCIATES, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 5:25-cv-00839-JGB(DTBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

After full consideration of an executed Joint Stipulation Dismissing Action with Prejudice under Federal Code of Civil Procedure 41(a), IT IS HEREBY ORDERED that Plaintiff's Complaint and this entire action, including all claims against Defendants, are dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: February 4, 2026

_____
Honorable Jesus G. Bernal
UNITED STATE DISTRICT JUDGE

1

**ORDER DISMISSING ACTION WITH PREJUDICE**